```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JERMAINE WILSON,                      :
                                      :
                Plaintiff,            :   07 Civ. 3658 (JSR)
                                      :
        -v-                           :         ORDER
                                      :
NEW YORK CITY CORPORATION COUNSEL et  :
al.,                                  :
                                      :
                Defendant.            :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08

JED S. RAKOFF, U.S.D.J.

On September 28, 2007, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned case recommending that the complaint be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Plaintiff has failed to file any objection to any part of Judge Gorenstein's Report and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court hereby adopts the Report and Recommendation in full, dismissing the complaint without prejudice pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         February 26, 2008